RECVD '05 OCT 13 13:53 USD

FILED '05 OCT 17 15:51 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

GHISSO FANI-SAISON,

          Plaintiff,                   Civil No. 04-CV-927-BR

        v.

JO ANNE B. BARNHART,                     ORDER
Commissioner of Social Security,

          Defendant.

      Based upon the stipulation of the parties, it is hereby ORDERED that attorney

fees in the amount of $7,000.00 and $150 in costs, for a total of $7,150.00, are awarded

to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

      DATED this 17^m day of _October_, 2005.


                         _____
                         UNITED STATES DISTRICT JUDGE


Presented by:

_Phyllis Burke_   10/13/05
PHYLLIS BURKE, OSB #81459   Date
(503) 460-3200
Attorney for Plaintiff Fani-Saison



ORDER